IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONTOYA BLACKSHEAR,<br>　　　　Plaintiff,<br><br>v.<br><br>ANDRE A. WHEELER,<br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-07-0335 |

## FINAL JUDGMENT

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this civil action is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas, on this the 25th day of January, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE